UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**STACEY DIANE BELL**, 

        Plaintiff,

  v.

**CAROLYN W. COLVIN, Acting Commissioner of Social Security**,

        Defendant.

Case No. 3:15-cv-02172-KI

JUDGMENT

    Lisa R.J. Porter
    JP Law PC
    5200 SW Meadows Rd., Ste. 150
    Lake Oswego, OR 97035

        Attorney for Plaintiff

    Billy J. Williams
    United States Attorney
    District of Oregon

Page 1 - JUDGMENT

Janice E. Hebert
Assistant United States Attorney
1000 SW Third Ave., Ste. 600
Portland, OR 97204

Alexis L. Toma
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Ave., Ste. 2900 M/S 221A
Seattle, WA 98104-7075

      Attorneys for Defendant

KING, Judge:

Based on the record, IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is affirmed and this case is dismissed.

IT IS SO ORDERED.

DATED this  1st  day of December, 2016.

        /s/ Garr M. King
       Garr M. King
       United States District Judge